IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

        Plaintiff,

    vs.

E. BANALES, et al.,

        Defendants.

_____/

No. C 11-03556 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT J. VERA**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  Thereafter, the Court issued its Order of Service.

Service has been ineffective on Defendant J. Vera.  In an Order dated May 24, 2012, Plaintiff was directed to provide the Court with the required information necessary to locate this Defendant. He was also informed that the failure to do so would result in the dismissal of claims against this Defendant.

Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate this Defendant.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate this Defendant will be extended up to and including **August 6, 2012**.  Failure to do so by the new deadline shall result in the dismissal of all claims against this Defendant.

This Order terminates Docket no. 33.

IT IS SO ORDERED.

DATED:  July 20, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Bayramoglu3556.grantEOT(DVera).frm

**United States District Court**
For the Northern District of California