UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>    Plaintiff,<br><br>  v.<br><br>E. BANALES, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-3556 YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while housed at Chuckawalla State Prison, which lies in Riverside County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Riverside County, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. *See id*. § 1391(b).

This action has been transferred twice before, apparently because plaintiff asserts that some of the actions described occurred in multiple districts. However, at this time, plaintiff himself asserts that he "was at all times relevant to this action a prisoner incarcerated at the Chuckawalla State Prison." (Am. Compl., Docket No. 23, at 5.) In order to prevent further delays and transfers, the Court hereby DISMISSES without prejudice any claims related to actions occurring in the Northern and Eastern Districts. Thus, the operative complaint now contains claims related only to actions occurring in the Central District. If plaintiff seeks

relief on his Northern or Eastern District claims, he may file separate civil rights actions in those districts. Any new action filed here in the Northern District may raise **only** those claims related to alleged constitutional violations that occurred here in the Northern District.

Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: January 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**